IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROTHELEO DIXON                                                                                                    PLAINTIFF

V.                                                                                       CIVIL ACTION NO. 4:21-CV-00069-RP

MARSHAL TURNER,
WARDEN TIMOTHY MORRIS,
WARDEN SIMON, and M.D.O.C.                                                                              DEFENDANTS

ORDER REQURING PLAINTIFF TO SUBMIT
ADDITIONAL INFORMATION TO THE COURT

This matter comes before the Court upon Plaintiff Rotheleo Dixon's *pro se* complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. #s 1, 6. Plaintiff complains about alleged inhumane living conditions and the destruction of personal property he suffered while housed at the Mississippi State Penitentiary, and names Marshal Turner, Warden Timothy Morris, Warden Simon, and the Mississippi Department of Corrections as Defendants. *Id.* In order for the Court to properly assess the merits of Plaintiff's claims, more information is needed. Accordingly, Plaintiff must submit additional information regarding his claims, specifically he is directed to provide a description of each named Defendant's personal involvement in the alleged actions or inactions identified in his complaint. Plaintiff must submit this information to the Court within thirty (30) days from the date of this Order. Plaintiff's failure to do so may result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 6th day of July, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE