IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROTHELEO DIXON                                                                                    PLAINTIFF

V.                                                                         CIVIL ACTION NO. 4:21-CV-00069-RP

MARSHAL TURNER,
WARDEN TIMOTHY MORRIS,
WARDEN SIMON, and M.D.O.C.                                                              DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today, the instant action is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 22nd day of September, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE